FENNEMORE CRAIG, P.C.
Shannon S. Pierce, Esq. (SBN 12471)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
spierce@fennemorelaw.com

*Attorneys for Defendants*
Caesars Entertainment, Inc. and
American Wagering, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL MOVTADY, <br><br> Plaintiff, <br><br> vs. <br><br> CAESARS ENTERTAINMENT, INC.; AMERICAN WAGERING, INC.; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.  2:26-CV-00614-JAD-EJY <br><br> **STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Daniel Movtady ("Plaintiff"), and Defendants Caesars Entertainment, Inc. and American Wagering, Inc. ("Defendants") stipulate and agree as follows:

**WHEREAS,** on February 9, 2026, Plaintiff filed his Complaint in state court (*see* ECF No. 1);

**WHEREAS**, on March 4, 2026, Defendants removed this action to federal court (ECF No. 1) and filed their Answer to Plaintiff's Complaint (ECF No. 2);

**WHEREAS,** on April 17, 2026, Plaintiff sent an email to defense counsel in which he (1)

FENNEMORE.
7800 Rancharrah Parkway
Reno, NV  89511
775-788-2200

61621918
64268911.1

stated that he had identified "an inaccurate factual allegation" in Paragraphs 56, 57, 63(f), 64(b), 71, 122, and 125 of the original Complaint, and (2) requested that Defendants stipulate for Plaintiff to have leave to file a First Amended Complaint ("FAC") in this action;

**WHEREAS**, on April 27, 2026, Defendants agreed to so stipulate;

**WHEREAS,** on April 30, 2026, Plaintiff filed a Motion for Leave to File First Amended Complaint (ECF No. 26), attaching as Exhibit 1 his proposed First Amended Complaint, ECF No. 26-1;

**WHEREAS**, Defendants do not oppose Plaintiff's procedural request for leave to file the First Amended Complaint submitted as ECF No. 26-1, and both parties reserve all rights substantively;

**WHEREAS**, this stipulation is made in good faith and in connection with Plaintiff's request to amend factually inaccurate allegations, and is not for delay or other improper purpose;

**NOW THEREFORE**, it is hereby STIPULATED as follows:

1.      Plaintiff shall have leave of Court to file the FAC previously submitted to the Court as ECF No. 26-1;

2.      Upon the Court's entry of this stipulated proposed order, Plaintiff shall file the FAC, and shall do so by no later than May 15, 2026;

3.      Provided that Plaintiff timely files the FAC as noted in No. 2, above, Defendants' responsive pleading to the FAC shall be due on or before May 29, 2026.

//

//

//

//

//

//

//

//

//

**FENNEMORE.**

7800 Rancharrah Parkway
Reno, NV 89511
775-788-2200

**IT IS SO STIPULATED.**

DATED this 14th day of May, 2026

**PLAINTIFF DANIEL MOVTADY**

*/s/ Daniel Movtady*
Daniel Movtady
*Pro Se Plaintiff*
848 N. Rainbow Blvd. #4773
Las Vegas, NV 89107

**FENNEMORE CRAIG, P.C.**

By: */s/ Shannon S. Pierce*
    Shannon S. Pierce, Esq. (Bar No. 12471)
    Austin W. Slaughter, Esq. (Bar No. 15645)
    7800 Rancharrah Parkway
    Reno, Nevada 89511

    *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

DATED:  May 15, 2026